No. 79–365. CITIZENS UTILITIES CO. ET AL. *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. C. A. 9th Cir. Certiorari denied. 

No. 79–369. HIRSCH *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 79–370. SCHOOL DISTRICT OF PHILADELPHIA *v.* LAFFERTY ET AL. Pa. Commw. Ct. Certiorari denied.

No. 79–384. BENSON *v.* AMERICAN EXPORT ISBRANDTSEN LINES, INC., ET AL. C. A. 3d Cir. Certiorari denied. 

No. 79–387. BOINEAU *v.* TARR INVESTMENTS ET AL. Sup. Ct. S. C. Certiorari denied.

No. 79–398. PALM *v.* SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. D. C. Cir. Certiorari denied.

No. 79–399. CINCINNATI BENGALS, INC., ET AL. *v.* HACKBART. C. A. 10th Cir. Certiorari denied. 

No. 79–405. DELYRA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 79–406. ESTATE OF SCOTT *v.* UNIVERSITY OF DELAWARE ET AL. C. A. 3d Cir. Certiorari denied. 

No. 79–433. ARNHEITER *v.* RANDOM HOUSE, INC., ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 79–441. GRIFFITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 79–444. FERNOS-LOPEZ *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO ET AL. C. A. 1st Cir. Certiorari denied.